**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Notice to Revoke or Suspend License and/or Impose a Civil Fine

In the matter of License Number  5-48-177-01-6H-01060 , as a/an

Dealer in Firearms Other Than Destructive Devices issued to:

Name and Address of Licensee *(Show number, street, city, State and ZIP Code)*

Kull Auction & Real Estate Co Inc
201 SE 59th Street
Topeka, Kansas 66619

**Notice Is Hereby Given That:**

Pursuant to the statutory provisions and reasons stated in the attached page(s), the Director or his/her designee, Bureau of Alcohol, Tobacco, Firearms and Explosives, intends to take action on the license described above.

[✓] The above identified license may be revoked pursuant to 18 U.S.C. 923(e), 922(t)(5) or 924(p).

[ ] The above identified license may be suspended pursuant to 18 U.S.C. 922(t)(5) or 924(p).

[ ] The above identified licensee may be fined pursuant to 18 U.S.C. 922(t)(5) or 924(p).

Pursuant to U.S.C. 923(f)(2) and/or 922(t)(5), you may file a request with the Director of Industry Operations, Bureau of Alcohol, Tobacco, Firearms and Explosives, at  1251 NW Briarcliff Parkway, Suite 600 Kansas City, Missouri 64116 , in duplicate, for a hearing to review the revocation, suspension and/or fine of your license. The request must be received at the above address within 15 days of your receipt of this notice. Where a timely request for a hearing is made, the license shall remain in effect pending the outcome of the hearing; and if the license is due to expire, the license will remain in effect provided a timely application for renewal is also filed. The hearing will be held as provided in 27 CFR Part 478.

If you do not request a hearing, or your request for a hearing is not received by ATF on time, a final notice of revocation, suspension, and/or imposition of civil fine (ATF Form 5300.13) shall be issued.

[✓] Please see included brochure

| Date | Name and Title of Bureau of Alcohol, Tobacco, Firearms and Explosives Official | Signature |
|---|---|---|
| 07/07/2023 | William Miller, Director, Industry Operations, Kansas City, Field Division | WILLIAM MILLER  Digitally signed by WILLIAM MILLER  Date: 2023.07.07 11:27:22 -05'00' |

I certify that on the date shown below I served the above notice on the person identified below by:

[✓] Certified mail to the address shown below.
Tracking Number: 9589 0710 5270 0184 7465 31     Or

[ ] Delivering a copy of the notice to the address shown below.

| Date Notice Served | Title of Person Serving Notice | Signature of Person Serving Notice |
|---|---|---|
| 07/07/2023 | Administrative Assistant | |

| Print Name and Title of Person Served | Signature of Person Served *(if applicable)* |
|---|---|
| Kull Auction & Real Estate Co Inc | |

Address Where Notice Served

201 SE 59th Street, Topeka, Kansas 66619

ATF E-Form 4500(5300.4)
Revised September 2014

1



Kull Auction & Real Estate Co. Inc.                                  ATF Form 4500 (5300.4)
FFL # 5-48-177-01-6H-01060                                                          Page 2

Under the provisions of 18 U.S.C. § 923(e) and 27 C.F.R. § 478.73, notice is hereby given that the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") intends to revoke the Federal firearms license held by Kull Auction & Real Estate Co. Inc. ("Licensee"). Specifically, the Director, Industry Operations, United States Department of Justice, ATF, Kansas City Field Division, has reason to believe that Licensee willfully violated the provisions of the Gun Control Act of 1968, as amended, 18 U.S.C. Chapter 44, and the regulations issued thereunder, 27 C.F.R. Part 478 (collectively, "GCA") as described herein.

## Compliance History

ATF first issued a Federal firearms license to Licensee in 2005. The laws and regulations issued under the GCA were reviewed as part of the application inspection. Subsequently, ATF conducted compliance inspections of Licensee in 2006, 2007, 2011, 2012, 2013, and 2018. As a result of the 2007 inspection, Licensee received a warning letter from ATF in which violations and proposed corrective actions were reviewed. As a result of the 2011 inspection, Licensee attended a warning conference with ATF in which violations and proposed corrective actions were reviewed. Licensee was warned that "any future violations, either repeat or otherwise, could be viewed as willful and may result in revocation of [its] license."

## Current Inspection

On May 22, 2023, ATF began a compliance inspection of Licensee's premises that revealed the following:

Background Check Violations:

1. On three occasions, Licensee willfully transferred a firearm to an unlicensed person without first contacting the National Instant Criminal Background Check System ("NICS"), in violation of 18 U.S.C. § 922(t) and 27 C.F.R. § 478.102. See Appendix ¶ 1.

Failure to Report Multiple Sales:

2. On two occasions, Licensee willfully failed to timely and/or accurately report the sale or other disposition of two or more pistols and/or revolvers during any five consecutive business days to an unlicensed person, in violation of 18 U.S.C. § 923(g)(3)(A) and 27 C.F.R. § 478.126a. See Appendix ¶ 2.

Kull Auction & Real Estate Co. Inc.  ATF Form 4500 (5300.4)
FFL # 5-48-177-01-6H-01060  Page 3

## Appendix

### Appendix ¶ 1

Notice Paragraph 1 [478.102 Failure to Conduct NICS Check Violations]:

|   | Transferee's Name | Date | Discrepancy |
|---|---|---|---|
| 1 | Deems, Gary | 7/11/2022 | Accepted NE CCW permit in lieu of NICS |
| 2 | Pfahl, Gene | 7/11/2022 | Accepted NE CCW permit in lieu of NICS |
| 3 | Smith, John | 9/16/2022 | Accepted IA permit in lieu of NICS |

### Appendix ¶ 2

Notice Paragraph 2 [478.126a Failure to Report Multiple Sales Violations]:

|   | Transferee's Name | Date | Discrepancy |
|---|---|---|---|
| 1 | Newby, Brent | 11/28/2022 | Fifteen pistols and revolvers purchased without report |
| 2 | Stalcup, Patrick | 5/18/2023 | Two pistols purchased without report |

## EXPLANATION OF THE HEARING PROCESS



The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) has decided to deny your original or renewal application for a Federal firearms license, or to revoke, suspend and/or impose a civil fine on your existing license.

As stated on the enclosed Notice of Denial, Revocation, Suspension and/or Fine, you have the right to request a hearing. This brochure provides general guidance to assist you in making a decision on requesting a hearing, and to appropriately prepare for a hearing should you request one.

### Background
27 C.F.R. §§ 478.71 – 478.73

The Gun Control Act of 1968 (GCA) and its implementing regulations specify certain licensing requirements for those intending to engage in the business of importing, manufacturing, or dealing in firearms, or importing or manufacturing ammunition.

The GCA authorizes ATF to deny a license application when an inspection reveals the applicant is not qualified to receive or continue to hold the license. ATF may revoke a license when a licensee willfully violates the GCA or its implementing regulations.

For purposes of the regulatory provisions of the GCA, a "willful" violation occurs when the licensee knew of his or her legal obligations and either purposefully disregarded or was plainly indifferent to those requirements. ATF is not required to prove a licensee *intended* to violate the law.

Under limited circumstances, ATF may revoke or suspend a license and/or impose a civil fine against a licensee who knowingly violates certain provisions of the GCA.

### Hearing Request and Representation
27 C.F.R. §§ 478.74 and 478.76

You have the right to request a hearing. If you wish to do so, you must file a request, in writing, with the Director, Industry Operations (DIO) within 15 days after the receipt of the enclosed Notice.

An applicant or licensee may be represented at the hearing by an attorney, certified public accountant or other person recognized to practice before ATF as provided in 31 C.F.R. Part 8.

### Pre-Hearing Resolution
27 C.F.R. §§ 478.72 and 478.74

You may submit an offer to settle or other proposed resolution prior to the hearing. If you wish to present your offer in person, you must request to do so within the same 15 days as allotted for a hearing. A request for a pre-hearing resolution should be made in writing to the DIO. ATF is not obligated to grant requests for in-person meetings or proposals for resolution.

You may also submit offers of potential resolution to the DIO after the hearing, but before a final decision is rendered; however, the DIO will not entertain settlement offers at the hearing.

1