

**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives
Kansas City Field Division
1251 NW Briarcliff Pkwy, Suite 600
Kansas City, MO 64116

www.atf.gov

December 4, 2023

779000:dch
5310

Kull Auction & Real Estate Co Inc
201 SE 59th Street
Topeka, Kansas 66619

RE: Kull Auction & Real Estate Co Inc
Federal Firearms License Number: 5-48-177-01-6H-01060

Licensee:

This is in response to your request for a stay of the effective date of revocation for your Federal firearms license.

ATF is allowing the business to continue limited operations through January 12, 2024. This additional amount of time will allow the business to lawfully dispose of the firearm business inventory in accordance with the Gun Control Act. **Under this extension the business is no longer allowed to acquire any new or used firearms under the license.**

Therefore, after January 12, 2024, Federal firearms license number: 5-48-177-01-6H-01060 will no longer be in operation and all records must be sent to the Out-of-Business Records Center or taken to the ATF Kansas City Division Office in Kansas City, Missouri.

Please contact Kansas City Group III Area Supervisor Julia Johnson at (816) 410-6000 if you have questions regarding the submission of your records.

Respectfully

WILLIAM MILLER
Digitally signed by WILLIAM MILLER
Date: 2023.12.04 11:16:14 -06'00'

William Miller
Director, Industry Operations



EXHIBIT C