# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KULL AUCTION & REAL ESTATE CO., INC., | ) ) ) |
| Petitioner, | ) ) ) |
| vs. | ) )  Case No. 5:23-cv-04117-TC-BGS ) |
| WILLIAM MILLER, Director of Industry Operations, Kansas City Field Division Bureau of Alcohol, Tobacco, Firearms & Explosives, | ) ) ) ) ) ) |
| Respondent. | ) ) |

**INDEX OF EXHIBITS TO RESPONDENT'S MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM IN SUPPORT**

Pursuant to D. Kan. Local Rule 7.1(e), Respondent provides the following index of exhibits filed contemporaneously with the filing of Respondent's Motion for Summary Judgment and Memorandum in Support.

| **Exhibit No.** | **Description** |
|---|---|
| 1 | ATF Order 5370.1E |

Respectfully submitted,

KATE E. BRUBACHER
United States Attorney
District of Kansas

*/s/ Audrey D. Koehler*
Audrey D. Koehler, KS #28271
Sarah Burch Macke, KS #25948
Assistant United States Attorney
United States Attorney's Office
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas 67226
PH: (316) 269-6481
FX: (316) 269-6484
Email: audrey.koehler@usdoj.gov
Email: sarah.macke@usdoj.gov
Attorneys for the United States

## **CERTIFICATE OF SERVICE**

I certify that on September 13, 2024, the foregoing was electronically filed with the Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Audrey D. Koehler*
Audrey D. Koehler
Assistant United States Attorney