**In the United States District Court
for the District of Kansas**

---

Case No. 5:23-cv-04117-TC

---

KULL AUCTION & REAL ESTATE CO., INC.,

*Petitioner*

v.

WILLIAM MILLER,

*Respondent*

---

**TRIAL ORDER**

There are two motions pending, including a *Daubert* motion, Doc. 57, and a summary judgment motion, Doc. 56. A ruling is anticipated on or about March 6, 2025. If one or more claims survives, a bench trial beginning **May 6, 2025, at 9:00 a.m.** in **Topeka, Kansas**, Courtroom 401, will occur. Doc. 55. Estimated time of trial is **2 days**. In addition, the Court sets the following deadlines.

**I.    WITNESSES AND EXHIBITS.**

  **A.    Final Witness and Exhibit Disclosures Under Rule 26(a)(3).** No later than **March 11, 2025**, the parties shall file final witness and exhibit disclosures pursuant to Fed. R. Civ. P. 26(a)(3)(A). The parties' final witness lists shall specify which witnesses will be called live, and which will be called via written or video deposition. With regard to each witness disclosed under Fed. R. Civ. P. 26(a)(3)(A)(i), the disclosures also shall set forth the subject matter of the expected testimony and a brief synopsis of the substance of the facts to which the witness is expected to testify. Witnesses expected to testify as experts shall be so designated. Witnesses and exhibits disclosed by one party may be called or offered by any other party.

Witnesses and exhibits not so disclosed and exchanged as required by the Court's order shall not be permitted to testify or be received in evidence, respectively, except by agreement of counsel or upon order of the Court.

**B.     Objections.** No later than **March 18, 2025**, the parties shall file any objections under Fed. R. Civ. P. 26(a)(3)(B). The Court shall deem waived any objection not timely asserted, unless excused by the Court for good cause shown.

**C.     Exhibits.** No later than **April 29, 2025,** the parties shall mark all exhibits. The parties shall exchange copies of exhibits at or before the time they are marked. The parties shall also prepare lists of their expected exhibits for use by the courtroom deputy clerk and the court reporter. In marking exhibits, the parties shall use preassigned ranges of numbered exhibits. Plaintiff(s) shall use Exhibit Nos. 1-800; Defendant(s) shall use Exhibit Nos. 801 and higher.

**D.**     Parties are expected to use presentation technology available in the courtroom to display evidence to the jury. Training on the equipment should be arranged well in advance of trial with the courtroom deputy. See "Jury Evidence Recording System" which may be accessed on the district website at https://www.ksd.uscourts.gov/content/district-judge-toby-crouse *(located under the "Guidelines & Orders tab).* Counsel shall provide in electronic format any exhibits of documents, photographs, videos, and any other evidence that may be reduced to an electronic file no later than **April 29, 2025,** for use by Court personnel and the Court's Jury Evidence Recording System (JERS) during trial. Documents and photographs shall be in **.pdf, .jpg, .bmp, .tif,** or **.gif** format; video and audio recordings shall be in **.avi, .wmv, .mpg, .mp3, .wma,** or **.wav** format. Each electronic exhibit shall be saved as a separate, independent file, and provided to the Court either on a storage device, such as cd, dvd, or flash drive or electronically through secure file sharing such as ShareFile. Exhibit files shall be named consistent with their order and name on the exhibit list.

**E.     Deposition Testimony for witnesses who will not testify in person at trial.** No later than **March 25, 2025,** consistent with Fed. R. Civ. P. 26(a)(3)(A)(ii), any deposition testimony which a party seeks to offer other than to impeach a

testifying witness shall be designated by page and line in a pleading and filed. (You do not need to submit deposition testimony of any witness that will testify in person at trial.) No later than **April 1, 2025**, any counter-designations in accordance with Fed. R. Civ. P. 32(a)(6), together with any objections to designations made by the offering party, shall be filed. No later than **April 8, 2025,** any objections to the counter-designations shall be filed. Before filing any objections, the parties shall have conferred in good faith to resolve the dispute among themselves. No later than **April 15, 2025,** to facilitate the Court's ruling on any objections to designations or counter-designations, the party seeking to offer the deposition testimony shall provide the Court a copy of each deposition transcript at issue. Red highlighting shall be used to identify the testimony that plaintiffs have designated, blue highlighting shall be used for defendant, and green highlighting shall be used to identify the objections to any designated testimony. The plaintiff shall write their objections and responses to defendants' objections in the margins of the transcript in black ink; defendants shall write their objections and responses to plaintiff's objections in the margins in blue ink. After receiving and reviewing these highlighted transcripts, the Court will issue its rulings regarding any objections. The parties shall then file the portions of the depositions to be used at trial in accordance with D. Kan. Rule 32.1 and submit any videotape or DVD-edited testimony to reflect the designations and the Court's rulings on objections.

**II.     MOTIONS.**

Absent an order of the Court, briefs or memoranda submitted in connection with all further motions or other pretrial matters shall not exceed 10 pages.

    **A.     Pending Motions**. There are two pending motions: Motion for Summary Judgment, Doc. 56; and Motion to Exclude Expert Testimony, Doc. 57.

    **B.     Motions In Limine.** The parties shall file all motions in limine no later than **April 1, 2025**. The parties shall file briefs in opposition to motions in limine no later **April 8, 2025.** Absent leave of the Court, the parties shall not file reply briefs in support of motions in limine. Limine Conference set for **April**

**10, 2025, at 9:00 a.m. in Topeka, KS, Courtroom 401.**

**C.      Experts**. The deadline to file motions related to the exclusion of expert testimony has passed**. Doc. 55 at ¶ 8.c.

III.   **FURTHER PROCEEDINGS AND FILINGS.**

**A.      Trial Briefs. No later than April 29, 2025,** a party may submit a trial brief which shall not exceed 15 pages. The Court does not require trial briefs but finds them helpful if the parties anticipate that unique or difficult issues of law will arise during trial.

**B.      Voir Dire.** None

**C.      Joint Statement of the Case**. None.

**D.      Jury Instructions.** No jury instructions are needed for this bench trial. The parties may, however, be asked to submit proposed findings of fact and conclusions of law after the trial so that the presentation of the evidence and legal issues to be resolved can be adequately presented and considered. This is an issue that the parties should discuss in advance of the pretrial conference and be prepared to discuss at the time of the pretrial conference.

IV.   **GUIDELINES FOR CIVIL AND CRIMINAL PROCEEDINGS**

The parties are encouraged to review Judge Crouse's Guidelines for Civil and Criminal Proceedings, available at https://www.ksd.uscourts.gov/content/district-judge-toby-crouse for further information about Judge Crouse's preferences and requirements for trial.

IT IS SO ORDERED.


Date:  November 6, 2024          s/ Toby Crouse

                                 Toby Crouse
                                 United States District Judge