**In the United States District Court**
**for the District of Kansas**

---

Case No. 23-cv-04117-TC-BGS

---

KULL AUCTION & REAL ESTATE CO., INC.,

*Petitioner*

v.

WILLIAM MILLER,

*Respondent*

---

**ORDER**

 Consistent with the Gun Control Act of 1968, 18 U.S.C. § 921 *et seq.*, Petitioner Kull Auction sold and auctioned firearms in Topeka, Kansas from 2005 through November 2023 under a Type 01 federal firearms license. Doc. 55 at ¶ 2.a.i. In May 2023, the Bureau of Alcohol, Tobacco, Firearms and Explosives inspected Kull Auction for its compliance with the statutory and regulatory scheme. *Id.* at ¶¶ 2.a.xxvii., 2.a.v. Following that investigation, ATF identified multiple violations that it concluded were wilfull under the Act and, after a hearing, revoked Kull Auction's license. Doc. 35 at 230.

 Kull Auction filed this action seeking de novo judicial review of the ATF's decision. Doc. 1. Ultimately, the matter was set for trial to commence on May 6, 2025. Doc. 55. The Government then filed a motion for summary judgment, Doc. 56, and a motion to exclude the testimony of Kull Auction's expert, Doc. 57.

 On January 20, 2025, President Donald J. Trump was sworn in as President of the United States. And on February 7, President Trump signed Executive Order 14206 concerning the Executive Branch's enforcement of firearm laws and regulations. Exec. Order No. 14206, 90 Fed. Reg. 9503 (Feb. 7, 2025). Believing that this Executive Order requires Department of Justice review of the ATF's actions in this case, Kull Auction sought a stay of litigation until that review was

1

completed. Doc. 68. Following a telephone hearing to address this issue, Doc. 70, the Government filed a Response joining Kull Auction's request and suggested vacation of all deadlines in this case, Doc. 71.

Ordinarily, such motions would not be entertained once a trial date has been set. The case was fully briefed. A ruling on summary judgment and the motion to exclude would have been filed on or before March 6, 2025, so that the parties could meet the trial deadlines that had been set. Doc. 67 at 1. But the confluence of the Executive Order, Kull Auction's prediction of the Government's position, and the contents of the Government's Response suggest that the Government may be unwilling to defend the ATF's revocation of Kull Auction's license going forward.

As a result, Kull Auction's motion to stay, Doc. 68, is granted. Further action is warranted in light of the Government's position. In particular, the Government's pending motions for summary judgment and to exclude expert testimony are denied without prejudice. Docs. 56 & 57. All deadlines established in the Trial Order, Doc. 67, are vacated. And the previously scheduled trial setting is removed from the trial calendar.

Kull Auction sought an indefinite stay and for any other relief deemed appropriate. The stay, while granted, is limited given the interests at stake: Kull Auction's license has been revoked, it is seeking review of that determination, and the Government may no longer be willing to support that agency action. As a result, the Government shall file a status report confirming whether it is willing and able to defend the challenged license revocation by no later than April 2, 2025. A telephone status conference will be held at 1:30PM on April 9, 2025, to determine what steps should follow.

It is so ordered.

Date: March 7, 2025          s/ Toby Crouse
Toby Crouse
United States District Judge