IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KULL AUCTION & REAL ESTATE CO., INC., <br><br> Petitioner, <br><br> vs. <br><br> WILLIAM MILLER, <br> Director of Industry Operations, <br> Kansas City Field Division <br> Bureau of Alcohol, Tobacco, <br> Firearms & Explosives, <br><br> Respondent. | Case No. 5:23-cv-04117-TC-BGS |

**STATUS REPORT**

Respondent William J. Miller, Kansas City Field Division Director, Industry Operations, Bureau of Alcohol, Tobacco, Firearms and Explosives, by and through Acting United States Attorney for the District of Kansas Duston J. Slinkard and Assistant United States Attorneys for the District of Kansas Sarah Burch Macke and Audrey D. Koehler, provides the following status report to the Court pursuant to the Court's Orders at Docs. 72 and 74:

Respondent intends to reinstate Petitioner's federal firearms license and has been in contact with counsel for Petitioner regarding resolution of this case. Respondent respectfully proposes that the parties file a status report within 30 days regarding further proceedings.

Respectfully submitted,

DUSTON J. SLINKARD
Acting United States Attorney
District of Kansas

/s/ *Audrey D. Koehler*
Audrey D. Koehler, KS #28271
Sarah Burch Macke, KS #25948
Assistant United States Attorney
United States Attorney's Office
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas 67226
PH: (316) 269-6481
FX: (316) 269-6484
Email: audrey.koehler@usdoj.gov
Email: sarah.macke@usdoj.gov
Attorneys for the United States

## CERTIFICATE OF SERVICE

I certify that on April 8, 2025, the foregoing was electronically filed with the Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

/s/ *Audrey D. Koehler*
Audrey D. Koehler
Assistant United States Attorney