IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KULL AUCTION & REAL ESTATE CO., INC., | )<br>)<br>) |
| Petitioner, | )<br>) |
| vs. | ) Case No. 5:23-cv-04117-TC-BGS<br>) |
| WILLIAM MILLER,<br>Director of Industry Operations,<br>Kansas City Field Division<br>Bureau of Alcohol, Tobacco,<br>Firearms & Explosives, | )<br>)<br>)<br>)<br>)<br>) |
| Respondent. | )<br>) |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Petitioner Kull Auction & Real Estate Co., Inc. and Respondent William J. Miller, Kansas City Field Division Director, Industry Operations, Bureau of Alcohol, Tobacco, Firearms and Explosives, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree that all claims asserted against Respondent in the above-captioned case are dismissed with prejudice, with each party to bear their own costs and attorney's fees.

The parties further stipulate that Respondent will reinstate Petitioner's federal firearms license and facilitate the return of Petitioner's business records no later than 14 days from the date of this filing.

The parties further stipulate that the May 2023 findings will not be used as the only substantive basis for any potential future revocation of Petitioner's federal firearms license and that all claims existing by Petitioner against Respondent are hereby resolved.

Nothing in this Stipulation shall affect Petitioner's right to seek recovery of its attorneys' fees and costs through administrative process pursuant to a future change in Administration policy,

through a program for compensation of federal firearms licensees, or other form of relief unrelated to this civil action. This provision of this Stipulation likewise shall not entitle Petitioner to such relief.

Respectfully submitted,

s/ Samuel P. Heaney
Greg A. Drumright, KS #20743
MARTIN, PRINGLE, OLIVER,
WALLACE & BAUER, L.L.P.
645 E. Douglas, Suite 100
Wichita, Kansas 67202
PH: (316) 265-9311 | FX: (316) 265-2955
Email: gadrumright@martinpringle.com

Samuel P. Heaney, KS #26399
MARTIN, PRINGLE, OLIVER,
WALLACE & BAUER, L.L.P.
9401 Indian Creek Parkway
Building 40, Suite 1150
Overland Park, Kansas 66210
PH: (913) 491-5500 | FX: (913) 491-3341
Email: spheaney@martinpringle.com

Camden R. Webb (*admitted pro hac vice*)
WILLIAMS MULLEN
301 Fayetteville St., Suite 1700
Raleigh, North Carolina 27601
PH: (919) 981-4021 | FX: (919) 981-4300
Email: crwebb@williamsmullen.com

John G. Tamasitis (*admitted pro hac vice*)
WILLIAMS MULLEN
1230 Main Street, Suite 330
Columbia, South Carolina 29201
PH: (803) 567-4617 | FX: (803) 567-4601
Email: jtamasitis@williamsmullen.com

*Attorneys for Petitioner*

        DUSTON J. SLINKARD
        Acting United States Attorney
        District of Kansas

        s/ Audrey D. Koehler
        Audrey D. Koehler, KS #28271
        Sarah Burch Macke, KS #25948
        Assistant United States Attorney
        United States Attorney's Office
        District of Kansas
        301 N. Main, Suite 1200
        Wichita, Kansas 67226
        PH: (316) 269-6481 | FX: (316) 269-6484
        Email: audrey.koehler@usdoj.gov
        Email: sarah.macke@usdoj.gov
        *Attorneys for the United States*

## **CERTIFICATE OF SERVICE**

I certify that on May 8, 2025, the foregoing was electronically filed with the Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

        s/ Samuel P. Heaney
        Samuel P. Heaney